IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KINDHEARTS FOR CHARITABLE HUMANITARIAN DEVELOPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HENRY M. PAULSON, in his official capacity as the Secretary of the Treasury, <br> ADAM J. SZUBIN, in his official capacity as the Director of the Office of Foreign Assets Control, and <br> MICHAEL B. MUKASEY, in his official capacity as the Attorney General of the United States, <br><br> Defendants. | DECLARATION OF JIHAD M. SMAILI <br><br> Civil No. 3:08CV02400 <br><br> JUDGE JAMES G. CARR |

## DECLARATION OF JIHAD M. SMAILI

I, Jihad M. Smaili, hereby declare and state as follows:

1. I am currently employed as In-House Counsel for a medical corporation located in Beverly Hills, California. I served as general counsel for KindHearts for Charitable Humanitarian Development, Inc. ("KindHearts") from its inception on January 22, 2002 until it was shut down on February 19, 2006. I was also a member of KindHearts' Board of Trustees from the Board's formation until February 19, 2006. I have personal knowledge of the facts related below.

2. I have been practicing law for 10 years. I graduated *magna cum laude* in May 1998 from the Cleveland-Marshall College of Law, in Cleveland, Ohio. From 1998 until 2000, I was an Assistant Attorney General at the Office of the Ohio Attorney General, in Columbus, Ohio. From 2000 until 2002, I was an Assistant Prosecuting Attorney at the Office of the