IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kindhearts,                        Case No. 3:08cv2400

        Plaintiff,

v.                               Order

Henry Paulson, et al.,

        Defendant.

Court reporter: Angela Nixon

A pretrial conference having been held November 28, 2011, it is hereby

**ORDERED**:

1. The parties shall file a status report by December 30, 2011.

2. A dismissal entry or further status report to be filed by July 1, 2012.

So Ordered.

                                           **/s/ James G. Carr**
                                           **Sr. United States District Judge**