IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KINDHEARTS FOR CHARITABLE HUMANITARIAN DEVELOPMENT, INC., <br> Plaintiff, <br><br> v. <br><br> TIMOTHY GEITHNER, in his official capacity as the Secretary of the Treasury, ADAM SZUBIN, in his official capacity as the Director of the Office of Foreign Assets Control, and ERIC H. HOLDER, JR. in his official capacity as the Attorney General of the United States, <br> Defendants. | Civil Action No: 3:08-cv-2400 <br> Chief Judge James G. Carr |

## JOINT STATUS REPORT

Pursuant to the Court order dated November 28, 2011, the parties submit this Joint Status Report. The parties have reached a settlement agreement in this case. The agreement provides for a number of preliminary steps prior to dismissal of this case. The parties anticipate completing those steps by July 1, 2012. By that date, the parties will, as the Court has ordered, either jointly move the Court for dismissal of this case or file a joint status report.

Defendants' counsel also notes that the belated filing of this report is solely the fault of Defendants' counsel and apologizes to the Court for the error.

Dated: December 31, 2011
.

Respectfully submitted,

TONY WEST
Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
SANDRA M. SCHRAIBMAN
Assistant Branch Director
Federal Programs Branch

    /s/ *Amy Powell*

AMY POWELL
JONATHAN E. ZIMMERMAN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone:     (202) 514-9836/(202) 353-0441
Fax:            (202) 616-8202/(202) 318-7610
amy.powell@usdoj.gov
jonathan.zimmerman@usdoj.gov

*Attorneys for Defendants*


  /s/ Ben Wizner

BEN WIZNER
(admitted pro hac vice)
ALEXANDER A. ABDO
(admitted pro hac vice)
American Civil Liberties Union
    Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 519-7886
Fax: (212) 549-2583
bwizner@aclu.org
aabdo@aclu.org

FRITZ BYERS
(Ohio Bar No. 0002337)
The Spitzer Building, Suite 824
520 Madison Avenue
Toledo, OH 43603
Telephone: (419) 241-8013
Fax: (419) 241-4215
fbyers@cisp.com

DAVID D. COLE
(admitted pro hac vice)
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, DC 20001
Telephone: (202) 662-9078
cole@law.georgetown.edu

LYNNE BERNABEI
(admitted pro hac vice)
ALAN R. KABAT
(admitted pro hac vice)
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, DC 20009
Telephone: (202) 745-1942
Fax: (202) 745-2672
bernabei@bernabeipllc.com

CARRIE L. DAVIS
(Ohio Bar No. 0077041)
American Civil Liberties Union of Ohio
    Foundation, Inc.
4506 Chester Avenue
Cleveland, OH 44103
Telephone: (216) 472-2220
Fax: (216) 472-2210
cdavis@acluohio.org

*Counsel for KindHearts for Charitable Humanitarian Development, Inc.*