IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kindhearts for Charitable Humanitarian Development, Inc.,        Case No. 3:08cv2400

    Plaintiff(s)

v.        ORDER

Timothy Geithner, in his official capacity as the Secretary of the Treasury, et al.,

    Defendant(s)

The parties having indicated to the Court that they have reached a settlement of all matters in dispute, it is hereby

ORDERED THAT:

1. Parties are to file a dismissal entry or a joint status report by July 1, 2012.

2. The parties having agreed thereto, any dispute re. terms of settlement is to be submitted to the undersigned District Judge for final adjudication.

So ordered.

       /s/ James G. Carr
       Sr. United States District Judge