**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| KINDHEARTS FOR CHARITABLE HUMANITARIAN DEVELOPMENT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY F. GEITHNER, in his official capacity as the )<br>Secretary of the Treasury, )<br>ADAM J. SZUBIN, in his official capacity as the )<br>Director of the Office of Foreign Assets Control, and )<br>ERIC H. HOLDER, in his official capacity as the )<br>Attorney General of the United States, )<br>)<br>Defendants. ) | Civil No. 3:08-cv-2400<br>Chief Judge James G. Carr |

**JOINT STATUS REPORT**

Pursuant to the Court's order of January 12, 2012, the parties submit this joint status report. The parties have been working diligently to implement the terms of the settlement agreement but have encountered unforeseen administrative delays in the distribution of assets. The parties anticipate completing the remaining steps of the settlement required before dismissal by November 2, 2012, and respectfully propose to either jointly move the Court for dismissal of this case or file a joint status report by that date.

July 2, 2012                                                                Respectfully submitted,

TONY WEST                                                           /s/ Alex Abdo
Assistant Attorney General                                      ALEX ABDO
DOUGLAS N. LETTER                                           HINA SHAMSI
Terrorism Litigation Counsel                                  (admitted pro hac vice)
SANDRA M. SCHRAIBMAN                                 American Civil Liberties Union
Assistant Branch Director                                           Foundation
Federal Programs Branch                                       125 Broad Street, 18th Floor
                                                                                New York, NY 10004
 /s/ Amy Powell                                                      Telephone: (212) 519-7886

1

AMY POWELL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-9836/(202) 353-0441
Fax: (202) 616-8202/(202) 318-7610
amy.powell@usdoj.gov
jonathan.zimmerman@usdoj.gov

*Counsel for Defendants*

Fax: (212) 549-2583
bwizner@aclu.org

 /s/ Fritz Byers
FRITZ BYERS
(Ohio Bar No. 0002337)
The Spitzer Building, Suite 824
520 Madison Avenue
Toledo, OH 43603
Telephone: (419) 241-8013
Fax: (419) 241-4215
fbyers@cisp.com

DAVID D. COLE
(admitted pro hac vice)
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, DC 20001
Telephone: (202) 662-9078
cole@law.georgetown.edu

LYNNE BERNABEI
(admitted pro hac vice)
ALAN R. KABAT
(admitted pro hac vice)
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, DC 20009
Telephone: (202) 745-1942
Fax: (202) 745-2672
bernabei@bernabeipllc.com

CARRIE L. DAVIS
(Ohio Bar No. 0077041)
American Civil Liberties Union of Ohio
    Foundation, Inc.
4506 Chester Avenue
Cleveland, OH 44103
Telephone: (216) 472-2220
Fax: (216) 472-2210
cdavis@acluohio.org

*Counsel for KindHearts for Charitable Humanitarian Development, Inc.*