Dismissal Entry or Status Report due 2/15/13.

So Ordered.

s/James G. Carr
Sr. U.S. District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| KINDHEARTS FOR CHARITABLE HUMANITARIAN DEVELOPMENT, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>TIMOTHY F. GEITHNER, in his official capacity as the Secretary of the Treasury, )<br>ADAM J. SZUBIN, in his official capacity as the Director of the Office of Foreign Assets Control, and )<br>ERIC H. HOLDER, in his official capacity as the Attorney General of the United States, )<br><br>Defendants. ) | Civil No. 3:08-cv-2400<br>Chief Judge James G. Carr |

## JOINT STATUS REPORT

Pursuant to the Court's order of July 11, 2012, the parties submit this joint status report. The parties have been working diligently to implement the terms of the settlement agreement and have encountered additional administrative delays in the distribution of assets. The parties anticipate completing the remaining steps of the settlement required before dismissal by February 15, 2013, and respectfully propose to either jointly move the Court for dismissal of this case or file a joint status report by that date.

November 2, 2012                                    Respectfully submitted,

STUART DELERY                                       *s/Alex Abdo*
Acting Assistant Attorney General                   ALEX ABDO
SANDRA M. SCHRAIBMAN                                HINA SHAMSI
Assistant Branch Director                           (admitted pro hac vice)
Federal Programs Branch                             American Civil Liberties Union
                                                        Foundation
 *s/Amy Powell*                                     125 Broad Street, 18th Floor
AMY POWELL                                          New York, NY 10004
Trial Attorney                                      Telephone: (212) 519-7886

1

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 514-9836
Fax: (202) 616-8202
amy.powell@usdoj.gov

*Counsel for Defendants*

Fax: (212) 549-2583
bwizner@aclu.org

FRITZ BYERS
(Ohio Bar No. 0002337)
The Spitzer Building, Suite 824
520 Madison Avenue
Toledo, OH 43603
Telephone: (419) 241-8013
Fax: (419) 241-4215
fbyers@cisp.com

DAVID D. COLE
(admitted pro hac vice)
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, DC 20001
Telephone: (202) 662-9078
cole@law.georgetown.edu

LYNNE BERNABEI
(admitted pro hac vice)
ALAN R. KABAT
(admitted pro hac vice)
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, DC 20009
Telephone: (202) 745-1942
Fax: (202) 745-2672
bernabei@bernabeipllc.com

CARRIE L. DAVIS
(Ohio Bar No. 0077041)
American Civil Liberties Union of Ohio
    Foundation, Inc.
4506 Chester Avenue
Cleveland, OH 44103
Telephone: (216) 472-2220
Fax: (216) 472-2210
cdavis@acluohio.org

*Counsel for KindHearts for Charitable Humanitarian Development, Inc.*