# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|  |  |
|---|---|
| KINDHEARTS FOR CHARITABLE HUMANITARIAN DEVELOPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY F. GEITHNER, in his official capacity as the Secretary of the Treasury, <br> ADAM J. SZUBIN, in his official capacity as the Director of the Office of Foreign Assets Control, and <br> ERIC H. HOLDER, in his official capacity as the Attorney General of the United States, <br><br> Defendants. | Civil No. 3:08-cv-2400 <br> Judge James G. Carr |

## STATUS REPORT

Plaintiff, through undersigned counsel, respectfully submits its Status Report to apprise the Court of the progress that has been made in obtaining the disbursement of the formerly blocked funds, pursuant to the Settlement Agreement.

As set forth below, while several custodians of blocked funds have cooperated with Plaintiff's counsel's requests, others have not. Fritz Byers, co-counsel for Plaintiff, has been responsible for these communications with these custodians, and is available to discuss these issues should this Court desire to schedule a status conference to resolve these issues.

1. American Express (account and credit card). The person in charge told Mr. Byers in late December 2012 that American Express has all of the information necessary to distribute the funds. She said that it might take a month to process the request. Mr. Byers will follow-up next week, as no distribution has been made.

1

  2.  Bank of America.  Mr. Byers has never had any actual contact with the Bank of America; although he has sent several letters, he has received no response (other than a return receipt from at least one of the letters).

  3.  DFS.  Mr. Byers has received no response to his letters or calls to DFS.

  4.  Fifth Third Bank.  The funds have been received and distributed.

  5.  Huntington.  The general counsel of Huntington has told Mr. Byers that she has approved release of the funds, but no distribution has yet been made.  Mr. Byers will continue his efforts to obtain the funds.

  6.  JP Morgan Chase.  Mr. Byers has received no response to his letters.

  7.  US Bancorp.  Mr. Byers sent several letters, and then spoke with a person in the Legal Department, who asked that he fax the letters to her, which he did.  However, she would not disclose her telephone number, and Mr. Byers has heard nothing further.

  8.  U.S. Postal Service.  The funds have been received and distributed.

    Respectfully submitted,

    /s/ David D. Cole
    DAVID D. COLE
    (admitted pro hac vice)
    Georgetown University Law Center
    600 New Jersey Avenue, N.W.
    Washington, DC 20001
    Telephone: (202) 662-9078
    cole@law.georgetown.edu

    ALEXANDER A. ABDO
    (admitted pro hac vice)
    BEN WIZNER
    (admitted pro hac vice)
    American Civil Liberties Union Foundation
    125 Broad Street, 18th Floor
    New York, NY 10004
    Telephone: (212) 549-2517

Fax: (212) 549-2654
bwizner@aclu.org
aabdo@aclu.org

FRITZ BYERS
(Ohio Bar No. 0002337)
The Spitzer Building, Suite 824
520 Madison Avenue
Toledo, OH 43603
Telephone: (419) 241-8013
Fax: (419) 241-4215
fbyers@cisp.com

LYNNE BERNABEI
(admitted pro hac vice)
ALAN R. KABAT
(admitted pro hac vice)
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, DC 20009
Telephone: (202) 745-1942
Fax: (202) 745-2672
bernabei@bernabeipllc.com
kabat@bernabeipllc.com

CARRIE L. DAVIS
(Ohio Bar No. 0077041)
American Civil Liberties Union of Ohio
    Foundation, Inc.
4506 Chester Avenue
Cleveland, OH 44103
Telephone: (216) 472-2220
Fax: (216) 472-2210
cdavis@acluohio.org

*Counsel for KindHearts for Charitable Humanitarian Development, Inc.*