IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KINDHEARTS FOR CHARITABLE HUMANITARIAN DEVELOPMENT, INC., <br> Plaintiff, <br><br> v. <br><br> NEAL WOLIN, in his official capacity as the Acting Secretary of the Treasury, ADAM SZUBIN, in his official capacity as the Director of the Office of Foreign Assets Control, and ERIC HOLDER, in his official capacity as the Attorney General of the United States, <br> Defendants. | Civil Action No: 3:08-cv-2400 <br> Judge James G. Carr |

## NOTICE OF APPEARANCE

Undersigned counsel, Stephen J. Buckingham, hereby enters his appearance as counsel for the Defendants in the above-captioned case.

Dated: February 20, 2013

Respectfully submitted,

STUART DELERY
Principal Deputy Attorney General

DIANE KELLEHER
Assistant Branch Director
Federal Programs Branch

s/*Stephen J. Buckingham*
STEPHEN J. BUCKINGHAM
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box 883
Washington, D.C. 20044
Stephen.Buckingham@usdoj.gov
Telephone: (202) 514-3330
Fax: (202) 616-8470