Dismissal or status report due 7/15/14.

So Ordered.

s/James G. Carr
Sr. United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|   |   |
|---|---|
| KINDHEARTS FOR CHARITABLE HUMANITARIAN DEVELOPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY F. GEITHNER, in his official capacity as the Secretary of the Treasury, <br> ADAM J. SZUBIN, in his official capacity as the Director of the Office of Foreign Assets Control, and <br> ERIC H. HOLDER, in his official capacity as the Attorney General of the United States, <br><br> Defendants. | Civil No. 3:08-cv-2400 <br><br> Honorable James G. Carr |

## JOINT STATUS REPORT

The parties submit this status report to inform the Court of the current status of this civil action and their efforts to conclude the matter.

Plaintiff advises the Court that all funds and assets owned by KindHearts have been distributed according to the Settlement Agreement and the Licenses. KindHearts is in the process of concluding its formal dissolution under the laws of the State of Ohio. Plaintiffs' counsel anticipate that this process can be concluded, and a certificate of dissolution issued by the Ohio Secretary of State, by the end of May. Upon receiving that certificate, plaintiffs' counsel will provide it to counsel for OFAC, and the parties will proceed with complying with the remaining obligations under the Settlement Agreement.

The parties suggests that the Court direct them to submit a Status Report on July 15, 2014.

                Respectfully submitted,

                /s/ *Fritz Byers*
                FRITZ BYERS
                (Ohio Bar No. 0002337)
                The Spitzer Building, Suite 824
                520 Madison Avenue
                Toledo, OH 43603
                Telephone: (419) 241-8013
                Fax: (419) 241-4215
                fbyers@cisp.com

                BEN WIZNER
                (admitted pro hac vice)
                ALEXANDER A. ABDO
                (admitted pro hac vice)
                American Civil Liberties Union
                    Foundation
                125 Broad Street, 18th Floor
                New York, NY 10004
                Telephone: (212) 519-7860
                Fax: (212) 549-2583
                bwizner@aclu.org
                aabdo@aclu.org

                DAVID D. COLE
                (admitted pro hac vice)
                Georgetown University Law Center
                600 New Jersey Avenue, N.W.
                Washington, DC 20001
                Telephone: (202) 662-9078
                cole@law.georgetown.edu

                LYNNE BERNABEI
                (admitted pro hac vice)
                ALAN R. KABAT
                (admitted pro hac vice)
                Bernabei & Wachtel, PLLC
                1775 T Street, N.W.
                Washington, DC 20009
                Telephone: (202) 745-1942

Fax: (202) 745-2672
bernabei@bernabeipllc.com
kabat@bernabeipllc.com

*Counsel for KindHearts for Charitable Humanitarian Development, Inc.*

STUART DELERY
Assistant Attorney General
DIANE KELLEHER
Assistant Branch Director
Federal Programs Branch

　　/s/ *Amy Powell*
AMY POWELL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone:　(202) 514-9836
Fax:　　　　(202) 616-8202
amy.powell@usdoj.gov

　*Attorneys for Defendants*