It is so ordered.

s/James G. Carr
Sr. United States District Judge

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| KINDHEARTS FOR CHARITABLE HUMANITARIAN DEVELOPMENT, INC., | |
| Plaintiff, | Civil No. 3:08-cv-2400 |
| v. | Honorable James G. Carr |
| JACOB LEW, in his official capacity as the Secretary of the Treasury, ADAM J. SZUBIN, in his official capacity as the Director of the Office of Foreign Assets Control, and ERIC H. HOLDER, in his official capacity as the Attorney General of the United States, | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL AND
## MOTION TO VACATE PRELIMINARY INJUNCTION

Plaintiff KindHearts for Charitable Humanitarian Development, Inc., and Defendants Jacob Lew in his capacity as Secretary of the Treasury, Adam Szubin in his capacity as the Director of the Office of Foreign Assets Control, and Eric Holder in his capacity as Attorney General of the United States (hereinafter "the parties") hereby jointly move to dissolve the preliminary injunction. The parties have fulfilled the terms of the settlement, and there is no pending administrative process to be enjoined.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, each of them by and through their respective counsel, stipulate to the voluntary dismissal of this action by the Plaintiff with prejudice.

July 15, 2014                                        Respectfully submitted,


  /s/ *Fritz Byers*
FRITZ BYERS
(Ohio Bar No. 0002337)
The Spitzer Building, Suite 824
520 Madison Avenue
Toledo, OH 43603
Telephone: (419) 241-8013
Fax: (419) 241-4215
fbyers@cisp.com

ALEXANDER A. ABDO
(admitted pro hac vice)
American Civil Liberties Union
    Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 519-7860
Fax: (212) 549-2583
aabdo@aclu.org

DAVID D. COLE
(admitted pro hac vice)
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, DC 20001
Telephone: (202) 662-9078
cole@law.georgetown.edu

LYNNE BERNABEI
(admitted pro hac vice)
ALAN R. KABAT
(admitted pro hac vice)
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, DC 20009
Telephone: (202) 745-1942
Fax: (202) 745-2672
bernabei@bernabeipllc.com
kabat@bernabeipllc.com


*Counsel for KindHearts for Charitable Humanitarian Development, Inc.*

STUART DELERY  
Assistant Attorney General  
DIANE KELLEHER  
Assistant Branch Director  
Federal Programs Branch  

   /s/ *Amy Powell*  
AMY POWELL  
Trial Attorney  
United States Department of Justice  
Civil Division, Federal Programs Branch  
20 Massachusetts Avenue, N.W.  
Washington, D.C. 20001  
Telephone:   (202) 514-9836  
Fax:   (202) 616-8202  
amy.powell@usdoj.gov  

   *Attorneys for Defendants*